

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00108-CR

LITIKA BURKS                                                        APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, the trial court convicted Appellant Litika Burks upon her plea of guilty to the state jail felony of possession of less than one gram of a controlled substance, namely: cocaine, and sentenced her to seven months' confinement. Appellant filed a timely notice of appeal.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by

---

[1]*See* Tex. R. App. P. 47.4.

letter on March 24, 2011, that this case was subject to dismissal unless she or any party showed grounds for continuing the appeal on or before Monday April 4, 2011.[2]  Appellant's response does not show grounds for continuing the appeal.

We therefore dismiss this appeal.[3]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 21, 2011

---

[2]*See* Tex. R. App. P. 25.2(a)(2), (d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).